```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                       NORTHERN DIVISION
                          AT ASHLAND
```

CASE NO. 0:18-cr-19-1-DLB-EBA                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                    PLAINTIFF

VS                         MOTION TO SUPPRESS

GARY KENDALL                                                DEFENDANT

                         ** ** ** ** ** **

Comes now the Defendant, by and through counsel, and would move the Court to suppress any and all evidence seized from Mr. Kendall based on now Justice Gorsuch's decision in <u>United States of America v. Ackerman</u>, 831 F.3d 1292 (2016) which is dispositive of the issue.

                          STATEMENT OF FACTS

On March 2, 2017, KSP began investigating a cyber tip from the National Center for Missing and Exploited Children (NCMEC). According to the tip, Chatstep, an electronic service provider, had reported to NCMEC that it had information on or about January 6, 2017, a suspected image of child pornography had been uploaded by a user of its internet chat service.  The image allegedly depicted an individual, between the ages of 10-12, exposing her vagina.  The tip included the user's IP address, which the Kentucky State Police traced to the home of Kendall in Raceland, Kentucky.

ARGUMENT

NCMEC'S ACTIONS AMOUNTED TO AN UNREASONABLE SEARCH OF THE DEFENDANT'S COMPUTER WITHOUT A SEARCH WARRANT.

ISSUE

This issue is well explained by Justice Gorsuch in his well-reasoned decision in Ackerman. In summarizing it there is no doubt that NCMEC's two primary authorizing statues, 18 US.C. §2258A and 42 U.S.C. §5773(b), mandate its collaboration with federal, as well as state and local, law enforcement involving duties and powers conferred on and enjoyed by NCMEC but no other private person.

He goes on to explain the statutorily obliged duties of NCMEC which consist of four statutory duties. The first is to maintain an electronic tipline for ISPs to report possible internet child exploitation violations to the government. Second, ISPs must report any known child pornography violations to NCMEC. Third, when NCMEC has confirmed that it has received a report that ISP must treat that confirmation as a request to preserve evidence issued by the government itself. Fourth, NCMEC is statutorily authorized to received contraband knowingly and to review its contents...action that would normally subject private persons to criminal prosecution. NCMEC is a governmental entity and as such a search warrant is required.

2

According to the mandate in Ackerman a search warrant is required, since none was required in this action, the evidence in the above-styled action should be suppressed.

        CURTIS LEGAL SERVICES, PSC
        1212 Bath Avenue, Suite 620
        P.O. Box 1455
        Ashland, Kentucky 41105
        Telephone (606)324-5435
        Fax (606)324-5496

        /s/ Michael J. Curtis
        Michael J. Curtis

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2019, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send the Notice of Electronic Filing to all parties.

        /s/ Michael J. Curtis
        Michael J. Curtis